No. 23-50632

# In the United States Court of Appeals for the Fifth Circuit

United States of America,
*Plaintiff-Appellee*

v.

Greg Abbott, in his capacity as Governor of the State of Texas; State of Texas,
*Defendants-Appellants*

On Appeal from the United States District Court for the
Western District of Texas, Austin Division, 1:23-cv-00853-DAE

## EXHIBITS IN SUPPORT OF DEFENDANTS' OPPOSED EMERGENCY MOTION TO STAY PRELIMINARY INJUNCTION PENDING APPEAL AND FOR AN ADMINISTRATIVE STAY

### Volume IV

### Index of Exhibits[1]

Exhibit

Selected Plaintiff's Exhibits from Preliminary Injunction Hearing:

ECF 5-4, Declaration of Brandy Parker (G-28)[2] ............................................... A

ECF 5-4, 1984 US Coast Guard Navigability Determination (Exhibit A to Parker Declaration) (G-29) ........................................................................ B

---

[1] In these Exhibits, "ECF __" refers to the district court docket number. Due to space constraints, unless indicated, the attachments to district court filings have not been included in the Exhibits in Support of Defendants' Motion to Stay.

[2] "(G-__)" refers to the label affixed to Plaintiffs' Exhibits submitted to the district court for the Preliminary Injunction Hearing.

ECF 37-5, Declaration of Joseph Shelnutt (G-33) ............................................. C

ECF 37-5, 1975 US Army Corps of Engineers Navigability Determination (Exhibit A to Shelnutt Declaration) (G-34) .............................. D

**EXHIBIT A: DECLARATION OF BRANDY PARKER (G-28)**

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> GREG ABBOTT, in his capacity as GOVERNOR ) <br> OF THE STATE OF TEXAS, and THE STATE OF ) <br> TEXAS, ) <br> ) <br> Defendants. ) <br> ) | Civil Action No. |

### DECLARATION OF CAPT BRANDY PARKER REGARDING NAVIGABILITY DETERMINATION OF THE RIO GRANDE RIVER

1. My name is Brandy Parker. I am either personally acquainted with the facts herein stated or have otherwise been made aware of them through the course of my duties, and declare as follows:

2. I am employed by the United States Coast Guard within the Department of Homeland Security and am located in New Orleans, Louisiana. I have served in the Coast Guard for 26 years.

3. I am currently assigned as the Staff Judge Advocate in Coast Guard District 8 ("CGD8"), which is the Coast Guard area of responsibility that encompasses the Rio Grande River. In this position, I am responsible for providing legal advice to the Commander, CGD8, managing a staff of attorneys in the performance of their duties, and maintaining records of navigability determinations.

4. As part of my duties, I routinely review Coast Guard navigability determinations for waterways within the CGD8 area of responsibility.

5. Navigable waters of the United States are defined in 33 C.F.R. § 2.36. Navigability determinations of specific waterways are routinely made and reviewed by the Coast Guard in order to determine its jurisdiction. *See* 33 C.F.R. § 2.40. "Copies of these determinations are maintained

1

Government's Exhibit
US v Abbott
1:23-cv-00853-DII
**G28**

G28.0001

by the [Coast Guard] District Commander in whose district the waterway is located." *Id.*

6.  Exhibit A is a copy of the public record of the 1984 Rio Grande River navigability determination. It is maintained in the district in which that river is located by the District Commander of CGD8. This public record was made by the Coast Guard office—CGD8—with the legal authority to make such a determination. These types of determinations are a regularly conducted activity of this office. Upon review, the 1984 navigability determination is still in effect. Accordingly, the Rio Grande River remains navigable waters of the United States.

I hereby declare under penalty of perjury, pursuant to 28 U.S.C. § 1746, that the foregoing is true and correct to the best of my knowledge and information.

Dated this 24 day of July 2023.

_____
Brandy Parker, Captain
United States Coast Guard

2

G28.0002

**EXHIBIT B: 1984 US COAST GUARD NAVIGABILITY DETERMINATION (EXHIBIT A TO PARKER DECLARATION) (G-29)**

**U.S. Department of Transportation**
**United States Coast Guard**

COMMANDER
EIGHTH COAST GUARD DISTRICT
HALE BOGGS FEDERAL BLDG.

500 CAMP ST.
NEW ORLEANS, LA. 70130
STAFF SYMBOL:
PHONE:

(dl)
(504)589-6188

16731
OCT 19 1984

From: Commander, Eighth Coast Guard District
To: Commanding Officer, Marine Safety Office Corpus Christi, TX

Subj: Navigability Determination, Rio Grande River, TX

Ref: (a) Commanding Officer, MSO Corpus Christi ltr 16730 of 15 December 83
(b) COMDTINST 16210.1B

1. From 1947 to 1975 the Rio Grande River was listed among the navigable waters of the United States pursuant to treaties with Mexico and for Coast Guard regulatory purposes. This determination covers the river "for the entire distance where it forms the international boundary, to a point near El Paso, Texas" or from its mouth at the Gulf of Mexico (mile 0.0 to mile 1247). This finding was published at 33 C.F.R. § 2.66-5 until 1976 when the practice of publishing lists of waters determined to be navigable for Coast Guard jurisdictional purposes was discontinued.

2. Under the rule that, despite artificial or natural obstructions, once a stream has been found to be of navigable use it remains so, the designated stretch of the Rio Grande River remains a navigable waterway of the United States. See Economy Light Co. v. U.S., 256 U.S. 113 (1921). The vessel manning and inspection laws of the United States apply to vessels operating on it. Obviously, whether a vessel is subject to those laws is a function of its tonnage, cargo, route, etc.

3. This represents the opinion of the Coast Guard only as to the extent of its own jurisdiction, and does not address the jurisdiction of other agencies.

T. W. SNOOK
By direction

Copy to: CCGD8 (obr)
COMDT (G-M-TH-4/13)
COMDT G-LMI

Government's Exhibit
US v Abbott
1:23-cv-00853-DII
**G29**

G29.0001

From: Commander, Eighth Coast Guard District
To: Commanding Officer, Marine Safety Office Corpus Christi,TX

Subj: Navigability Determination, Rio Grande River

Ref: (a) Commanding Officer, MSO Corpus Christi ltr 16730 of 15 December 83
(b) COMDTINST 16210.1B

1. On 29 August 1947, Commander, Eighth Coast Guard District, determined that the Rio Grande River was part of the navigable waters of the U.S. for Coast Guard regulatory purposes "for the entire distance where it forms the international boundary, to a point near El Paso, Texas." This finding was published at 33 C.F.R. { 2.66-5 until 1976 when the practice of publishing lists of waters determined to be navigable for Coast Guard jurisdictional purposes was discontinued.

2. Under the rule that, despite artificial or natural obstructions, once a stream has been found to be of navigable use it remains so, the Rio Grande River from the Gulf of Mexico to El Paso remains a navigable waterway of the United States. See Economy Light Co. v. U.S., 256 U.S. 113 (1921). The vessel manning and inspection laws of the United States apply to vessels operating on it. Obviously, whether a vessel is subject to those laws is a function of its tonnage, cargo, route, etc.

3. This represents only the opinion of the Coast Guard as to the extent of its own jurisdiction, and does not address jurisdiction of other agencies.

Thomas W. Snook
By direction


From: Commander 8th Coast Guard District (dl)
To: Commandant (G-MTH-4/13)

**EXHIBIT C: DECLARATION OF JOSEPH SHELNUTT (G-33)**

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

|  |  |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>GREG ABBOTT, in his capacity as GOVERNOR OF THE STATE OF TEXAS, and THE STATE OF TEXAS,<br><br>    Defendants. | Civil Action No.<br>1:23-cv-00853-DAE |

### Declaration of Joseph L. Shelnutt

I, Joseph L. Shelnutt, declare, based on my personal observations, the following:

1. I am a Regulatory Project Manager in the Compliance and Enforcement Branch, Regulatory Division, for the U.S. Army Corps of Engineers (Corps), Fort Worth District. My responsibilities include evaluating permit applications under Section 10 of the Rivers and Harbors Act of 1899 and investigating possible unauthorized activities or activities that do not comply with previously issued permits in my Fort Worth District's area of responsibility. That area of responsibility includes Maverick County, Texas and the segment of the Rio Grande in the county.

2. As part of my duties, I consider whether the Corps has jurisdiction over a particular water, in this case a segment of the Rio Grande, under Section 10 of the Rivers and Harbors Act. The Corps regulations at 33 C.F.R. § 329.16(a) state that "Tabulated lists of final determinations of navigability are to be maintained in each district office. . ." The "Navigable Waters of the United States in the Fort Worth, Albuquerque, and Tulsa Districts

1

Government's Exhibit
US v Abbott
1:23-cv-00853-DII
G33

G33.0001

Within the State of Texas" most recently dated December 20, 2011, is the relevant list for the portion of the Rio Grande covered by the Fort Worth District. This document is publicly available at: www.swf.usace.army.mil/Portals/47/docs/regulatory/NavList2011.pdf.

3. The Corps analysis supporting the navigability of the Rio Grande and its inclusion on the most recent 2011 list of Navigable Waters of the United States in Texas is in a March 31, 1975, determination by the Fort Worth District Engineer. Exhibit A is a true copy of that determination that the Fort Worth District maintains in the electronic Rio Grande Navigable Waterway file.

4. The District Engineer's March 1975 determination relied on the Navigability Study, Rio Grande, Tributaries, and Lakes, Rio Grande Basin, River Mile 275.5 to 610.0 date March 1975 ("1975 Study"). Exhibit B is a true copy of the Navigability Study determination that the Fort Worth District maintains in the electronic Rio Grande Navigable Waterway file except that it does not contain Exhibits 27 or 28. Those are large size maps that are also maintained in the Rio Grande Navigable Waterway file and can be provided as needed.

5. The 1975 Study finds that in its then-current natural condition (meaning its natural condition with flows altered by the Amistad Dam) the Rio Grande from River Miles 275.5-610.0 is navigable during periods of sufficient flow by shallow draft craft, such as airboats. The natural condition of the river is defined by physical characteristics and obstructions. The physical characteristic factors the Corps considered include the: waterbody type, length, approximate discharge volumes, fall per mile, extent of tidal influence, range between ordinary high and ordinary low flows, and improvements to navigation. The Corps also considered the nature and location of significant obstructions to navigation, including the Falcon Dam and Amistad Dam.

G33.0002

6. There were no current plans to improve the Rio Grande for navigation when the Corps conducted the 1975 Study. The 1975 Study finds, however, that improvement of the Rio Grande is possible for the purpose of navigation. In addition to possible improvements, storage in the Falcon Dam and Amistad Dam would have to provide sufficient flow for the purpose of navigation.

7. I do not have knowledge of new federal or non-federal plans to improve navigation developed since 1975. Such plans may require Congressional authorization and could be undertaken by the federal government alone, in partnership with a non-federal sponsor, or could require a Rivers and Harbors Act Section 10 permit from the Corps.

8. Exhibits A and B to this declaration are the files I referred to in my August 7, 2023 deposition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on August __, 2023, in Fort Worth, Texas.

SHELNUTT.JOSEPH.LEE.1110608680
Digitally signed by SHELNUTT.JOSEPH.LEE.11106086 80
Date: 2023.08.16 13:59:32 -05'00'

_____

Joseph L. Shelnutt

3

G33.0003

**EXHIBIT D: 1975 US ARMY CORPS OF ENGINEERS NAVIGABILITY DETERMINATION (EXHIBIT A TO SHELNUTT DECLARATION) (G-34)**



# DEPARTMENT OF THE ARMY
FORT WORTH DISTRICT, CORPS OF ENGINEERS
P. O. BOX 17300
FORT WORTH, TEXAS 76102

REPLY TO
ATTENTION OF:

SWFGC                                                                           31 March 1975

SUBJECT: Navigability Study of the Rio Grande River (River Mile 275.5 to 610.0, Texas

THRU:   Division Engineer, Southwestern

TO:     HQDA (DAEN-CWO-N)
        WASH DC 20314

1. In compliance with paragraph 14.6 of ER 1165-2-302, dated 11 September 1972, we inclose a Report of Findings and an Opinion of the District Counsel in connection with the Rio Grande River, an international stream, from River Mile 275.5 to 610.0, together with tributaries thereto. River Mile (RM) 275.5 represents the jurisdictional boundary of the Galveston District and the Fort Worth District; River Mile 610.0 represents the jurisdictional boundary of the Albuquerque and Fort Worth Districts.

2. On the basis of the legal analysis and the supporting facts, I conclude the following:

    a. The Rio Grande River between River Mile 275.5 and 610.0, on the United States side from the centerline of the normal channel, is a navigable water of the United States. See Article VII of the Treaty of Guadalupe Hidalgo (9 STAT. 928) dated 2 February 1848; U. S. v. Rio Grande Dam & Irrigation Co., 174 U.S. 690, 701, 19 Sup. Ct. 770, 774 (1899).

    b. Falcon Reservoir at and below elevation 296.4 mean sea level and Amistad Reservoir at and below elevation 1117.0 feet mean sea level, on the United States side from the centerline of the normal channel, are navigable waters of the United States.

    c. All tributaries to the Rio Grande River, on the United States side between RM 275.5 and 610.0, together with all lakes thereon, are non-navigable.



Government's Exhibit
US v Abbott
1:23-cv-00853-DII
**G34**

SWFGC                                                                31 March 1975
SUBJECT: Navigability Study of the Rio Grande River (River Mile 275.5 to 610.0, Texas

3. We anticipate no controversy in connection with the above declaration. The Galveston District's list of navigable waters dated 2 September 1971 contains the Rio Grande River as navigable up to RM 275.5 (Galveston/Fort Worth District's boundary). The Rio Grande River from RM 275.5 to 610 has been on the navigable list of the Fort Worth District from the time of the District's creation in 1950. The Albuquerque District considers the Rio Grande navigable within its jurisdiction up to RM 1171.3 (American Dam at El Paso, Texas).

4. We have coordinated our study with the legal department of the International Boundary and Water Commission, El Paso, Texas.

1 Incl (dupe)                           JOE H. SHEARD
Navigability Report                     Colonel, CE
                                        District Engineer
Copies furnished w/incl:
SWGGC
SWAGC
> Ch, Op Div   wo incl

2

G34.0002