**Exhibit E: Press Release, Governor Abbott Designates Mexican Cartels As Terrorist Organizations, Office of the Texas Governor (Sept. 21, 2022)**



\38 Flag Status: Full-Staff

Español

Contact

Office of the Texas Governor | Greg Abbott

- Home
- Governor Abbott
- First Lady
- Initiatives
- News
- Organization

Search the site

Home ▸ News ▸ Governor Abbott Designates Mexican Cartels As Terrorist Organizations

# Governor Abbott Designates Mexican Cartels As Terrorist Organizations

September 21, 2022 | Austin, Texas  |Press Release

Governor Greg Abbott today issued an executive order designating Mexican drug cartels as terrorist organizations and instructing the Texas Department of Public Safety (DPS) to take immediate action to keep Texans safe amid the growing national fentanyl crisis. At a roundtable



discussion and press conference in Midland today, the Governor also sent a letter to President Joe Biden and Vice President Kamala Harris requesting federal terrorist classifications for the Sinaloa Cartel and Jalisco New Generation Cartel, as well as other cartels producing and distributing deadly fentanyl.

"Fentanyl is a clandestine killer, and Texans are falling victim to the Mexican cartels that are producing it," said Governor Abbott. "Cartels are terrorists, and it's time we treated them that way. In fact, more Americans died from fentanyl poisoning in the past year than all terrorist attacks across the globe in the past 100 years. In order to save our country, particularly our next generation, we must do more to get fentanyl off our streets."

The Governor was joined at the roundtable discussion and press conference by DPS Director Steve McCraw, DPS Regional Director West Texas Region Jose Sanchez, Midland County Judge Terry Johnson, Ector County Sheriff Mike Griffis, Midland County Sheriff Chief Deputy Benny Matlock, Odessa Police Chief Mike Gerke, Midland Police Chief Seth Herman, and Midland Memorial Hospital District Police Chief Steve McNeill.

Governor Abbott also directed DPS and law enforcement agencies to identify Texas gangs that support Mexican drug cartels and seize their assets in order to disrupt cartel networks operating in Texas communities, as thousands of

Texans have been poisoned unwittingly by counterfeit pills laced with the deadly synthetic opioid.

With Mexican drug cartels disguising fentanyl as counterfeit pills and targeting children with "rainbow fentanyl" pills, the Governor emphasizes in his letter that immediate decisive action is needed from the Biden Administration to combat this deadly crisis impacting the nation.

Yesterday, the Governor sent a letter to state agency leaders directing them to ramp up efforts to combat the fentanyl crisis by preparing for the next legislative session with statutory changes, budget priorities, and other initiatives that will enhance Texas' ability to combat fentanyl deaths across the state. The letter further directs state agencies to coordinate efforts to raise awareness of fentanyl's lethality and prevalence.

Read Governor Abbott's executive order designating Mexican drug cartels as terrorist organizations and the letter to the Biden Administration requesting federal terrorist classifications.



Home

Contact

Governor Abbott

First Lady

Initiatives

News

Organization



## Office of the Texas Governor

P.O. Box 12428

Austin Texas 78711

(512) 463-2000

Employment
Where the Money Goes
Site Policies
TRAIL Search
Accessibility
Texas Veterans Portal
Report Fraud
Texas.gov
Site Map
RSS Feed



**Exhibit F: Press Release, OPERATION LONE STAR STOPS CRIMINALS AT PRESIDENT BIDEN'S OPEN BORDER, OFFICE OF THE TEXAS GOVERNOR (AUG. 4, 2023)**

Operation Lone Star Stops Criminals At President Biden's Open Border | Office of the Texas Governor | Greg Abbott



Flag Status: Full-Staff

Español

Contact

Office of the Texas Governor | Greg Abbott

# Operation Lone Star Stops Criminals At President Biden's Open Border

August 4, 2023 | Austin, Texas  |Press Release

Governor Greg Abbott, the Texas Department of Public Safety (DPS), and the Texas National Guard are continuing to work together to secure the border; stop the smuggling of drugs, weapons, and people into Texas; and prevent, detect, and interdict transnational criminal behavior between ports of entry.



Since the launch of Operation Lone Star, the multi-agency effort has led to over 401,900 illegal immigrant apprehensions and more than 32,400 criminal arrests, with more than 29,600 felony charges reported. In the fight against fentanyl, Texas law enforcement has seized over 422 million lethal doses of fentanyl during this border mission.

Texas has also bused:

- Over 10,600 migrants to Washington, D.C. since April

2022

- Over 10,900 migrants to New York City since August 2022

- Over 4,600 migrants to Chicago since August 2022

- Over 2,100 migrants to Philadelphia since November 2022

- Over 440 migrants to Denver since May 18

- Over 240 migrants to Los Angeles since June 14

Operation Lone Star continues to fill the dangerous gaps created by the Biden Administration's refusal to secure the border. Every individual who is apprehended or arrested and every ounce of drugs seized would have otherwise made their way into communities across Texas and the nation due to President Joe Biden's open border policies.

**RECENT HIGHLIGHTS FROM OPERATION LONE STAR:**

***Governor Abbott: Oklahoma Helps Texas Hold Line Against Biden's Border Crisis***

This week, Governor Abbott thanked Oklahoma Governor Kevin Stitt for deploying National Guard members from the Sooner State to the Texas-Mexico Border in support of Operation Lone Star's mission to secure the border. In a tweet shared on Monday, Governor Abbott highlighted that President Biden's border crisis has made every state a border state.

### WATCH: Teenage Smuggler Leads DPS Troopers On High-Speed Vehicle Pursuit

A teenage human smuggler led DPS troopers on a high-speed vehicle pursuit through the city of Penitas in Hidalgo County. After stopping, the driver and two passengers bailed out and ran toward the brush. After an extensive search, the 17-year-old driver from Mission was arrested and charged with evading arrest and smuggling of persons. Two illegal immigrants from Honduras were apprehended and referred to Border Patrol.

### DPS Troopers Arrest Illegal Immigrant For Possession Of Child Pornography

The DPS Brush Team helped with the arrest of an illegal immigrant from Mexico after he smuggled and guided four illegal immigrants across the Rio Grande River. Further investigation revealed the smuggler possessed a phone with child pornography on it. The Texas Rangers took over the case, and he is now charged with possession or promotion of child pornography after finding a video involving child pornography.

### DPS Identifies MS-13 Gang Member Within Family Group Of Migrants

The DPS Criminal Investigations Division assisted troopers and Border Patrol agents with a large family group

of illegal immigrants who crossed the Rio Grande River in Eagle Pass. DPS special agents noticed an adult male from El Salvador trying to conceal himself within the group.

Through facial recognition, he was identified as a possible national security threat with ties to transnational organized crime. Further investigation confirmed him as an MS-13 gang member with eight prior apprehensions and a street-level drug dealer. He was turned over to Border Patrol.

### DPS Troopers Assist 5-Year-Old Unaccompanied Child From Honduras

DPS troopers working Operation Lone Star in Eagle Pass located a 5-year-old unaccompanied child from Honduras. She was found in Piedras Negras, Mexico by three adult females who crossed illegally between the ports of entry. The child was traveling to the United States to reunite with her mother; however, further investigation revealed that her mother had passed away three days prior.

The child told troopers her father stayed in Honduras. She was turned over to Border Patrol.

### Texas National Guard Sees Positive Impact From Turn-Back Strategy

Texas National Guard soldiers employ multiple strategies

to turn back illegal immigrants, including installing triple-strand concertina wire, metal fencing, and land development and clearing in low river crossing areas. Soldiers and engineers have installed over 91 miles of concertina wire and more than 72 miles of metal fencing as part of Operation Lone Star.

As additional high-traffic routes for illegal crossings are identified, soldiers will continue to install barriers to deter illegal entry into Texas.

"The turn-back is the most consequential effect attained by the Guard and our law enforcement partners," said Lt. Col. Johnny Guerrero, chief of staff for Joint Task Force Lone Star. "Our guardsmen are responsible for almost 47,000 turn backs since the inception of the mission in March 2021."



Home

Contact

Governor Abbott

First Lady

Initiatives

News

Organization

**Office of the Texas Governor**

P.O. Box 12428
Austin Texas 78711

https://gov.texas.gov/news/post/operation-lone-star-stops-criminals-at-president-bidens-open-border[8/24/2023 3:51:41 PM]

(512) 463-2000

Employment

Where the Money Goes

Site Policies

TRAIL Search

Accessibility

Texas Veterans Portal

Report Fraud

Texas.gov

Site Map

RSS Feed



**Exhibit G: Press Release, Governor Abbott Signs Sweeping Package Of Border Security Legislation, Office of the Texas Governor (June 8, 2023)**



# Governor Abbott Signs Sweeping Package Of Border Security Legislation

June 8, 2023 | Austin, Texas  |Press Release

Governor Greg Abbott today signed a series of border security legislation passed during the 88th Regular Legislative Session into law at the Texas Capitol. This package of six bills will expand Texas' unprecedented efforts to hold the line and protect Texans from the record

level of illegal immigration, weapons, and deadly drugs pouring into Texas from Mexico caused by President Biden's refusal to secure the border.

"Thanks to the leadership and hard work of Director McCraw, General Suelzer, and their teams, Texas has pushed back against the swell of migrants and held the line to keep people out of Texas—but there's more that needs to be done," said Governor Abbott. "The Texas Legislature has stepped up to make sure we continue to robustly respond to President Biden's growing border crisis, including allocating $5.1 billion for border security. Today, I am signing six bills from this year's regular session to ensure that Texas can continue to do even more to stop illegal immigration at our southern border and provide new tools to the brave men and women along the southern border to protect Texans and Americans from the chaos and crisis of the border."

The Governor was joined at the bill signing ceremony by Senators Brian Birdwell, Cesar Blanco, Pete Flores, and Tan Parker; Representatives Ryan Guillen, Caroline Harris, Tracy King, David Spiller, and Terry Wilson; Texas Department of Public Safety (DPS) Director Steve McCraw; Adjutant General of Texas Major General Thomas Suelzer; Zapata County Sheriff Raymundo Del Bosque; Brooks County Sheriff Benny Martinez; National Border Patrol Council Executive Vice President Paul Perez; and other border security advocates.

"Today, public enemy number one is the Mexican cartels, and they impact every community in Texas and the United States," said Director McCraw. "Our mission is to detect and interdict transitional criminal activity and create proactive strategies to combat it. It's dangerous to cross between ports of entry, and securing the border between them is ideal to fight Mexican cartels."

"Texas is extremely fortunate to have a Governor who is absolutely relentless in his actions to protect our state's sovereignty, secure our border, and preserve the rule of law," said General Suelzer. "The legislators behind me passed comprehensive laws to secure the Texas-Mexico border, and I applaud all of them for their work on this important issue."

During the press conference, Governor Abbott also announced the deployment of new marine floating barriers to deter illegal crossings in hotspots along the Rio Grande River. This strategy will proactively prevent illegal crossings between ports of entry by making it more difficult to cross the Rio Grande and reach the Texas side of the southern border. The first 1,000 feet of the marine floating barrier will be deployed near Eagle Pass.

**Senate Bill 423 (Paxton/Wilson, T.M.)** provides Texas military forces the authority to use unmanned aircrafts as part of an operation, exercise, or mission. The bill legalizes the use of drones for search and recovery missions after natural disasters and for monitoring the Texas-Mexico border as part of Operation Lone Star.

**Senate Bill 602 (Birdwell/Harless)** expands the authority of U.S. Border Patrol agents who have completed a DPS training program to include arrest, search, and seizure at

established border checkpoints and points of entry for felony offenses under Texas law. Current law only allows agents to detain certain individuals at these locations.

**Senate Bill 1133 (Blanco/King, T.)** creates a grant program to compensate agricultural landowners up to $75,000 for property damage caused by trespassers committing a border crime, such as the smuggling of persons, evading arrest, human trafficking, or a drug offense. Increased migrant traffic and law enforcement activity has left many landowners with significant financial losses and property damage.

**Senate Bill 1403 (Parker/Spiller)** authorizes the Governor to coordinate and execute an interstate compact for border security among interested states without congressional approval. The compact will allow participating states to share law enforcement intelligence and resources for heightened detection and deterrence of illegal border activity and will further protect personnel and property to overcome continued shortcomings of existing federal border policy.

**Senate Bill 1484 (Creighton/Holland)** creates a collaborative border operations training program through DPS for peace officers employed by local law enforcement agencies along the border. The bill will allow DPS to share expertise in identifying and preventing of transnational criminal activity to local authorities.

**Senate Bill 1900 (Birdwell/Guillen)** designates Mexican drug cartels and criminal organizations as foreign terrorist organizations in the State of Texas and increases penalties for the destruction of illegal drugs and the operation of stash houses. This bill also adds foreign terrorist organizations to current intelligence databases and allows

local entities to seek public nuisance claims against them.

Governor Abbott issued an executive order last September designating Mexican drug cartels as terrorist organizations and has requested President Joe Biden take similar federal action.

Home

Contact

Governor Abbott

First Lady

Initiatives

News

Organization



### Office of the Texas Governor

P.O. Box 12428
Austin Texas 78711
(512) 463-2000

Employment
Where the Money Goes
Site Policies
TRAIL Search
Accessibility
Texas Veterans Portal
Report Fraud

Texas.gov

Site Map

RSS Feed

Layer 1