# United States Court of Appeals for the Fifth Circuit

---

No. 23-50632

---

United States of America,

*Plaintiff—Appellee*,

*versus*

Greg Abbott, *in his capacity as Governor of the State of Texas*; State of Texas,

*Defendants—Appellants*.

---

Appeal from the United States District Court
for the Western District of Texas
USDC No. 1:23-CV-853

---

### UNPUBLISHED ORDER

Before Stewart, Graves, and Oldham, *Circuit Judges*.

Per Curiam:

  IT IS ORDERED that Appellants' motion for administrative stay of the order of the Western District of Texas, Austin Division dated September 6, 2023, is GRANTED pending further order of the Court.