# *United States Court of Appeals*
**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

September 11, 2023

MEMORANDUM TO COUNSEL OR PARTIES LISTED BELOW:

   No. 23-50632   USA v. Abbott
                      USDC No. 1:23-CV-853

Enclosed is an order entered in this case.

Appellants must expedite ordering any transcripts required for this appeal. Once the transcripts are filed, or we are notified that transcripts are unnecessary, the district court clerk is requested to expedite transmitting the electronic record on appeal to this court.

An expedited briefing schedule will issue under separate cover at a later date. Paper copies of all briefs will be due for filing immediately after electronic filing.

                            Sincerely,

                            LYLE W. CAYCE, Clerk

                            By: _____
                            Allison G. Lopez, Deputy Clerk
                            504-310-7702

Mr. Andrew Marshall Bernie
Mr. Ari Cuenin
Mr. Philip Devlin
Mr. Michael Thomas Gray
Mr. Andrew D. Knudsen
Mr. Brian H. Lynk
Mr. Landon Wade