# United States Court of Appeals
# for the Fifth Circuit

---

No. 23-50632

---

United States of America,

*Plaintiff—Appellee*,

*versus*

Greg Abbott, *in his capacity as Governor of the State of Texas*; State of Texas,

*Defendants—Appellants.*

---

Appeal from the United States District Court
for the Western District of Texas
USDC No. 1:23-CV-853

---

## UNPUBLISHED ORDER

Before Stewart, Graves, and Oldham, *Circuit Judges*.

Per Curiam:

    IT IS ORDERED that Appellants' opposed emergency motion to stay the district court's preliminary injunction pending appeal is CARRIED WITH THE CASE. The case is EXPEDITED to the next available oral argument calendar. The stay entered by this Court on September 7, 2023, will remain in effect and preserve the *status quo* pending further order of the oral argument panel.