# *United States Court of Appeals*
**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

September 22, 2023

Ms. Lanora Christine Pettit
Office of the Texas Attorney General
Solicitor General Division
P.O. Box 12548 (MC-059)
Austin, TX 78711-2548

    No. 23-50632   USA v. Abbott
                     USDC No. 1:23-CV-853

Dear Ms. Pettit,

We have reviewed your electronically filed Appellants' Brief and Record Excerpts, and they are sufficient.

You must submit the 7 paper copies of your brief and 4 copies of your Record Excerpts required by **5TH CIR. R.** 31.1 **via overnight delivery** pursuant to 5th Cir. ECF Filing Standard E.1.

**We remind attorneys that the paper copies of record excerpts filed with the court must contain physical tabs that extend beyond the edge of the document to facilitate easy identification and review of tabbed documents.** See **5TH CIR. R.** 30.1.7(c).

                                            Sincerely,

                                            LYLE W. CAYCE, Clerk

                                            By: _____
                                            Mary Frances Yeager, Deputy Clerk
                                            504-310-7686

cc:  Ms. Munera Al-Fuhaid
      Mr. Andrew Marshall Bernie
      Mr. Monroe David Bryant Jr.
      Mr. Ari Cuenin
      Mr. Michael Thomas Gray
      Mr. Andrew D. Knudsen
      Mr. Brian H. Lynk

Mr. Landon Wade
Mr. Ryan Daniel Walters
Mr. Coy Allen Westbrook