# United States Court of Appeals
**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

September 29, 2023

Mr. Michael Thomas Gray
U.S. Department of Justice
Environment & Natural Resources Division
P.O. Box 7415
Washington, DC 20044

    No. 23-50632   USA v. Abbott
                   USDC No. 1:23-CV-853

Dear Mr. Gray,

We have determined that your brief is deficient (for the reasons cited below) and must be corrected within 14 days. We note that our Quality Control Program advised you of some of these deficiencies when you filed the document.

Record References: Although this brief contains record citations, it refers to pages that do not exist, have incorrect page references, do not follow the required format, or are outside the range of pages in the Official EROA. Every assertion in briefs regarding matters in the record must be supported by a reference to the page number of the original record, whether in paper or electronic form, where the matter is found, using the record citation form as directed by the Clerk of Court. For example, in single record appeals, ROA.123 and for multi record appeals the case number followed by the page number ROA.18-20668.123. **The use of "id" is not permitted when citing to the record on appeal. See Fed. R. App. P. 28(a)(8)(A) and 5th Cir. R. 28.2.2.** See Form 1 http://www.ca5.uscourts.gov/docs/default-source/forms/fifth-circuit-court-of-appeals-form-1.pdf?sfvrsn=4 .

Note: Once you have prepared your sufficient brief, you must electronically file your 'Proposed Sufficient Brief' by selecting from the Briefs category the event, Proposed Sufficient Brief, via the electronic filing system. Please do not send paper copies of the brief until requested to do so by the clerk's office. The brief is not sufficient until final review by the clerk's office. If the brief is in compliance, paper copies will be requested and you will receive a notice of docket activity advising you that the sufficient brief filing has been accepted and no further corrections are necessary. The certificate of service/proof of service on your proposed sufficient brief **MUST** be dated on the actual date that service is being made. Also, if your brief is

sealed, this event automatically seals/restricts any attached documents, therefore you may still use this event to submit a sufficient brief.

Sincerely,

LYLE W. CAYCE, Clerk

*Christina Rachal*

By: _____
Christina C. Rachal, Deputy Clerk
504-310-7651

cc:
    Ms. Munera Al-Fuhaid
    Mr. Andrew Marshall Bernie
    Mr. Monroe David Bryant Jr.
    Mr. Matt A. Crapo
    Mr. Ari Cuenin
    Mr. Andrew D. Knudsen
    Mr. Brian H. Lynk
    Ms. Lanora Christine Pettit
    Mr. Anthony J. Powell
    Mr. Landon Wade
    Mr. Ryan Daniel Walters
    Mr. Coy Allen Westbrook