# *United States Court of Appeals*

**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

October 02, 2023

Mr. Michael Thomas Gray
U.S. Department of Justice
Environment & Natural Resources Division
P.O. Box 7415
Washington, DC 20044

    No. 23-50632   USA v. Abbott
                        USDC No. 1:23-CV-853

Dear Mr. Gray,

You must submit the 7 paper copies of your brief required by 5th Cir. R. 31.1 **via overnight delivery** pursuant to 5th Cir. ECF Filing Standard E.1.

If your brief was insufficient and required corrections, the paper copies of your brief must **not** contain a header noting "RESTRICTED". Therefore, please be sure that you print your paper copies **from this notice of docket activity** and not the proposed sufficient brief filed event so that it will contain the proper filing header. Alternatively, you may print the sufficient brief directly from your original file without any header.

                                        Sincerely,

                                        LYLE W. CAYCE, Clerk

                                        By: _____
                                        Mary Frances Yeager, Deputy Clerk
                                        504-310-7686

cc:  Ms. Munera Al-Fuhaid
     Mr. Andrew Marshall Bernie
     Mr. Monroe David Bryant Jr.
     Mr. Matt A. Crapo
     Mr. Ari Cuenin
     Mr. Andrew D. Knudsen
     Mr. Brian H. Lynk

Ms. Lanora Christine Pettit
Mr. Anthony J. Powell
Mr. Landon Wade
Mr. Ryan Daniel Walters
Mr. Coy Allen Westbrook

Case: 23-50632    Document: 78-3    Page: 2    Date Filed: 09/29/2023