# United States Court of Appeals
**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

November 09, 2023

Ms. Munera Al-Fuhaid
Office of the Attorney General of Texas
P.O. Box 12548
Austin, TX 78711-2548

Mr. Andrew Marshall Bernie
U.S. Department of Justice
Environment & Natural Resources Division
950 Pennsylvania Avenue, N.W.
Washington, DC 20530-0000

Mr. Monroe David Bryant Jr.
Office of the Attorney General of Texas
Special Litigation Unit
P.O. Box 12548
(MC-009)
Austin, TX 78711-2548

Mr. Ari Cuenin
Office of the Attorney General
Solicitor General Division
209 W. 14th Street
Austin, TX 78701

Mr. Michael Thomas Gray
U.S. Department of Justice
Environment & Natural Resources Division
P.O. Box 7415
Washington, DC 20044

Mr. Andrew D. Knudsen
U.S. Department of Justice
Environment & Natural Resources Division
P.O. Box 7611
Washington, DC 20044-7611

Mr. Brian H. Lynk
U.S. Department of Justice
Environmental Defense Section
P.O. Box 23986

Washington, DC 20026-3986

Ms. Lanora Christine Pettit
Office of the Texas Attorney General
Solicitor General Division
P.O. Box 12548 (MC-059)
Austin, TX 78711-2548

Mr. Landon Wade
U.S. Attorney's Office
Western District of Texas
903 San Jacinto Boulevard
Suite 334
Austin, TX 78701

Mr. Ryan Daniel Walters
Office of the Attorney General of Texas
Special Litigation Unit
P.O. Box 12548
(MC-009)
Austin, TX 78711-2548

Mr. Coy Allen Westbrook
Office of the Attorney General of Texas
Office of the Solicitor General
P.O. Box 12548 (MC 059)
Austin, TX 78711-2548

    No. 23-50632   USA v. Abbott
                          USDC No. 1:23-CV-853

Dear Counsel,

Any party filing a matter outside normal business hours (M-F, 8:00 a.m. – 5:00 p.m.) that may require the court's immediate attention should call the emergency duty deputy and inform them of the filing, even if the matter does not qualify as an emergency under 5th Cir. R. 27.3. The emergency duty deputy can be reached at 504-442-0252.

                    Sincerely,

                    LYLE W. CAYCE, Clerk

                    By: /s/ Peter A. Conners
                    Peter A. Conners, Deputy Clerk
                    504-310-7685

cc:
    Mr. Matt A. Crapo
    Mr. Anthony J. Powell