# United States Court of Appeals for the Fifth Circuit

United States Court of Appeals
Fifth Circuit
**FILED**
December 1, 2023
Lyle W. Cayce
Clerk

No. 23-50632

United States of America,

*Plaintiff—Appellee,*

versus

Greg Abbott, *in his capacity as Governor of the State of Texas*; State of Texas,

*Defendants—Appellants.*

_____

Appeal from the United States District Court
for the Western District of Texas
USDC No. 1:23-CV-853

_____

Before King, Willett, and Douglas, *Circuit Judges.*

J U D G M E N T

This cause was considered on the record on appeal and was argued by counsel.

IT IS ORDERED and ADJUDGED that we DISSOLVE the administrative stay and AFFIRM.

IT IS FURTHER ORDERED that defendants-appellants pay to plaintiff-appellee the costs on appeal to be taxed by the Clerk of this Court.

DON R. WILLETT, *Circuit Judge*, dissenting.