# United States Court of Appeals
#### FIFTH CIRCUIT
#### OFFICE OF THE CLERK

**LYLE W. CAYCE**  
**CLERK**

**TEL. 504-310-7700**  
**600 S. MAESTRI PLACE,**  
**Suite 115**  
**NEW ORLEANS, LA 70130**

December 05, 2023

Mr. Michael Thomas Gray  
U.S. Department of Justice  
Environment & Natural Resources Division  
P.O. Box 7415  
Washington, DC 20044

    No. 23-50632   USA v. Abbott  
                         USDC No. 1:23-CV-853

Dear Counsel:

This letter will serve to advise you that the court has requested an Appellee's response to the Appellants' Petition for rehearing en banc be filed in this office on or before December 15, 2023.

                                       Sincerely,

                                       LYLE W. CAYCE, Clerk

                                       By: _____  
                                       Mary Frances Yeager, Deputy Clerk  
                                       504-310-7686

cc:   Ms. Munera Al-Fuhaid  
      Mr. Andrew Marshall Bernie  
      Mr. Monroe David Bryant Jr.  
      Mr. Matt A. Crapo  
      Mr. Ari Cuenin  
      Mr. Andrew D. Knudsen  
      Mr. Brian H. Lynk  
      Mr. Aaron Lloyd Nielson  
      Ms. Lanora Christine Pettit  
      Mr. Anthony J. Powell  
      Mr. Landon Wade  
      Mr. Ryan Daniel Walters  
      Mr. Coy Allen Westbrook