# *United States Court of Appeals*

**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

January 17, 2024

Mr. Ari Cuenin
Office of the Attorney General
Solicitor General Division
209 W. 14th Street
7th Floor
Austin, TX 78701

Mr. Michael Thomas Gray
U.S. Department of Justice
Environment & Natural Resources Division
P.O. Box 7415
Washington, DC 20044

      No. 23-50632    USA v. Abbott
                      USDC No. 1:23-CV-853

Dear Counsel,

Enclosed is the court's order filed this date directing this case
be reheard en banc with oral argument. Under Fifth Circuit Local
Rule 41.3 this order vacates the previous opinion and judgment of
this court and stays the mandate.

Appellants will have until **February 16, 2024,** to file an en banc
brief and the Appellees' en banc brief is due on **March 18, 2024.**
You will be requested to furnish 22 paper copies of your en banc
brief after the electronic filing is reviewed and processed. The
color of the cover on your en banc brief will be the same as the
color of the cover on your merits brief (blue for the appellant
and red for the appellee). The case will be heard sometime during
the week of **May 2024.** Counsel for the parties will receive adequate
notice as to the exact date and time for the presentation of the
oral argument.

We request that the parties forward **22 copies** of their previously
filed merits briefs, reply briefs, supplemental briefs, and record
excerpts, for the use of the en banc court. As you did previously,
we request that all copies be spirally bound. These additional
copies are due in the Clerk's Office by **January 31, 2024.** Please
contact me if you have any questions.

Sincerely,

LYLE W. CAYCE, Clerk

By: _____

Angelique B. Tardie, Deputy Clerk
504-310-7715

cc:
    Ms. Munera Al-Fuhaid
    Mr. Andrew Marshall Bernie
    Mr. Monroe David Bryant Jr.
    Mr. Matt A. Crapo
    Mr. Andrew D. Knudsen
    Mr. Brian H. Lynk
    Mr. Aaron Lloyd Nielson
    Ms. Lanora Christine Pettit
    Mr. Anthony J. Powell
    Mr. Landon Wade
    Mr. Ryan Daniel Walters
    Mr. Coy Allen Westbrook