# United States Court of Appeals
# for the Fifth Circuit

---

No. 23-50632

---

United States of America,

*Plaintiff—Appellee*,

*versus*

Greg Abbott, *in his capacity as Governor of the State of Texas*; State of Texas,

*Defendants—Appellants.*

---

Appeal from the United States District Court
for the Western District of Texas
USDC No. 1:23-CV-853

---

Before Richman, *Chief Judge,* and King, Jones, Smith, Stewart, Elrod, Southwick, Haynes, Graves, Higginson, Willett, Ho, Duncan, Engelhardt, Oldham, Wilson, Douglas and Ramirez, *Circuit Judges.*

Per Curiam:[1]

---

[1] Richman, *Chief Judge,* and Jones, Smith, Elrod, Southwick, Haynes, Higginson, Willett, Ho, Duncan, Engelhardt, Oldham, and Wilson, *Circuit Judges,* voted to grant a temporary administrative stay. King, Stewart, Graves, Douglas, and Ramirez, *Circuit Judges,* voted to deny a temporary administrative stay.

IT IS ORDERED that Appellants' opposed motion for a temporary administrative stay is GRANTED.