# United States Court of Appeals
# for the Fifth Circuit

_____

No. 23-50632
_____

United States of America,

*Plaintiff—Appellee,*

*versus*

Greg Abbott, *in his capacity as Governor of the State of Texas*; State of Texas,

*Defendants—Appellants.*

_____

Appeal from the United States District Court
for the Western District of Texas
USDC No. 1:23-CV-853

_____

Before Richman, *Chief Judge,* and King, Jones, Smith, Stewart, Elrod, Southwick, Haynes, Graves, Higginson, Willett, Ho, Duncan, Engelhardt, Oldham, Wilson, Douglas and Ramirez, *Circuit Judges.*

Per Curiam:[1]

---

[1] Richman, *Chief Judge,* and Jones, Smith, Elrod, Southwick, Haynes, Willett, Ho, Duncan, Engelhardt, Oldham, and Wilson, *Circuit Judges,* voted to grant a stay pending appeal. King, Stewart, Graves, Higginson, Douglas, and Ramirez, *Circuit Judges,* voted to deny a stay pending appeal.

IT IS ORDERED that Appellants' opposed motion for a stay of the district court's preliminary injunction pending appeal is GRANTED. *See* Fed. R. App. P. 8; *Nken v. Holder*, 556 U.S. 418, 434 (2009).

IT IS FURTHER ORDERED that the administrative stay previously issued by this court on September 7, 2023, is VACATED.