# United States Court of Appeals
**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

LYLE W. CAYCE  
CLERK

TEL. 504-310-7700  
600 S. MAESTRI PLACE,  
Suite 115  
NEW ORLEANS, LA 70130

February 09, 2024

MEMORANDUM TO COUNSEL OR PARTIES LISTED BELOW:

   No. 23-50632   USA v. Abbott  
                     USDC No. 1:23-CV-853

Enclosed is an order entered in this case.

Sincerely,

LYLE W. CAYCE, Clerk

By: _____  
Casey A. Sullivan, Deputy Clerk  
504-310-7642

Ms. Munera Al-Fuhaid  
Mr. Andrew Marshall Bernie  
Mr. Monroe David Bryant Jr.  
Mr. Matt A. Crapo  
Mr. Philip Devlin  
Mr. Michael Thomas Gray  
Mr. Andrew D. Knudsen  
Mr. Brian H. Lynk  
Mr. Aaron Lloyd Nielson  
Ms. Lanora Christine Pettit  
Mr. Anthony J. Powell  
Mr. Landon Wade  
Mr. Ryan Daniel Walters  
Mr. Coy Allen Westbrook