No. 23-50632

# IN THE UNITED STATES COURT OF APPEALS
# FOR THE FIFTH CIRCUIT

**United States of America,**

    **Plaintiff-Appellee,**

v.

**Greg Abbott, in his capacity as Governor of the State of Texas; State of Texas,**

    **Defendants-Appellants.**

**ON APPEAL FROM THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION**

**UNOPPOSED MOTION FOR LEAVE TO FILE EN BANC BRIEF
FOR *AMICUS CURIAE* IMMIGRATION REFORM LAW INSTITUTE
IN SUPPORT OF APPELLANTS**

    **MATT A. CRAPO**
    **CHRISTOPHER J. HAJEC**
    **Immigration Reform Law Institute**
    25 Massachusetts Ave., NW, Suite 335
    Washington, DC 20001
    Telephone: (202) 232-5590
    mcrapo@irli.org
    chajec@irli.org

    **Attorneys for *Amicus Curiae***

# SUPPLEMENTAL STATEMENT OF INTERESTED PERSONS

Pursuant to Fifth Circuit Rule 28.2.1 and Fed. R. App. P. 26.1, *amicus curiae* Immigration Reform Law Institute makes the following disclosures:

1) For non-governmental corporate parties please list all parent corporations: None.

2) For non-governmental corporate parties please list all publicly held companies that hold 10% or more of the party's stock: None.

3) The following entity has an interest in the outcome of this case: Immigration Reform Law Institute.

DATED: February 23, 2024						Respectfully submitted,

/s/ Matt Crapo
MATT A. CRAPO
Immigration Reform Law Institute
25 Massachusetts Ave., NW, Suite 335
Washington, DC 20001
Telephone: (202) 232-5590

Attorney for *Amicus Curiae*

Movant Immigration Reform Law Institute ("IRLI") respectfully requests the Court's permission to file the attached en banc brief as *amicus curiae* in support of Appellants. Counsel for both Appellants and Appellees have stated in writing that they do not oppose this motion.

IRLI is a non-profit 501(c)(3) public interest law firm dedicated to litigating immigration-related cases on behalf of, and in the interests of, United States citizens, and also to assisting courts in understanding and accurately applying federal immigration law. IRLI participated as *amicus* in the district court proceedings below, *see* Record on Appeal (ROA) 709-22, and filed an *amicus* brief in support of Appellants before the merits panel. *See* ECF Doc. 66.

IRLI seeks leave to file the attached en banc brief to bring several relevant matters to the Court's attention:

- The scope and nature of the States' retained inherent right to self-defense as recognized in Article I, section 10, of the Constitution.

- The extent and scope of judicial review of a State's exercise of its sovereign prerogative to repel an actual invasion.

- The interplay between the Supremacy Clause and the State Self-Defense Clause and whether laws enacted by Congress can bind or preempt a State's valid exercise of its inherent right to repel an invasion.

These issues are relevant to this Court's decision on appeal, and thus the accompanying brief may aid the Court. For the foregoing reasons, IRLI requests that the Court grant this motion for leave to file the accompanying en banc brief as *amicus curiae*.

DATED: February 23, 2024               Respectfully submitted,

/s/ Matt Crapo
MATT A. CRAPO
CHRISTOPHER J. HAJEC
Immigration Reform Law Institute
25 Massachusetts Ave., NW, Suite 335
Washington, DC  20001
Telephone: (202) 232-5590
mcrapo@irli.org
chajec@irli.org

Attorneys for *Amicus Curiae*

## CERTIFICATE OF SERVICE

I certify that on February 23, 2024, I electronically filed the foregoing motion with the Clerk of the Court for the United States Court of Appeals for the Fifth Circuit by using the appellate CM/ECF system. Participants in the case are registered CM/ECF users, and service will be accomplished by the appellate CM/ECF system.

/s/ Matt Crapo
Matt A. Crapo

## CERTIFICATE OF COMPLIANCE

The foregoing motion complies with Fed. R. App. P. 27(d)(2)(A) because it contains 250 words, as measured by Microsoft Word software. The motion also complies with the typeface and style requirements of Fed. R. App. P. 32(a)(5) & 32(a)(6) because it has been prepared in a proportionally spaced, Roman-style typeface of 14 points or more.

DATED: February 23, 2024            Respectfully submitted,

/s/ Matt Crapo
Matt A. Crapo