No. 23-50632

IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

v.

GREG ABBOTT, in his capacity as Governor of the State of Texas;
STATE OF TEXAS,

Defendants-Appellants,

———————

On Appeal from the United States District Court for the Western
District of Texas, Austin Division (No. 1:23-CV-853-DAE)
Honorable David Alan Ezra, United States District Judge

**UNOPPOSED MOTION FOR LEAVE TO FILE AMICUS BRIEF IN
SUPPORT OF DEFENDANTS-APPELLANTS**

The States of Kansas, Alabama, Alaska, Arkansas, Florida, Georgia, Idaho, Indiana, Iowa, Kentucky, Louisiana, Mississippi, Missouri, Montana, Nebraska, North Dakota, Oklahoma, South Carolina, South Dakota, Tennessee, Utah, West Virginia, Wyoming and Virginia (collectively the "Amici States") respectfully move this Court for leave to file a brief as amici curiae in support of defendants-appellants upon rehearing en banc of this appeal. A proposed brief has been

1

submitted with this motion. All parties have consented to the filing of this brief.

## I. Interests of Amici Curiae.

*Amici* States file this brief because the federal government has lost operational control of the southern border. This calamity has resulted in a flood of illegal immigration across the Southern border that has brought with it crime, human trafficking, and hundreds of thousands of fentanyl deaths to the people of this country. In both scope and effect, the wave of illegal migrants pouring across the border is like an invasion.

Even though Texas is at the fulcrum of this invasion, its effects are felt in *Amici* States as many noncitizens who cross the border proceed to interior states. They bring with them all the attendant ills of illegal immigration. Texas's border barrier therefore does not just protect its own residents; it protects *Amici* States and their citizens as well.

## II. Amici States' Brief Is Helpful For The Dispositon Of This Case

Because *Amici* States are affected by events at the Texas border, they have a specific interest in seeing the barrier maintained. They have a broader interest as well. The Constitution guarantees the States' right to self-defense expressly and as a natural incident of the States' status

as sovereign entities. Here, however, the federal government has sought to disable Texas's exercise of that right by claiming that it violates a federal law focused on the navigability of the nation's waterways, a law that does not expressly limit the States' ability to engage in self-defense. That is inconsistent with the status of the right of self-defense as a core component of the States' sovereign status—a status that is integral to federalism—and is expressly guaranteed by the Constitution.

## CONCLUSION

Based on the foregoing, the Court should grant this unopposed motion for leave to file an amicus brief and accept for filing the brief of amici curiae submitted contemporaneously with this motion.

Dated: February 23, 2024      Respectfully submitted,

KRIS W. KOBACH
  *Kansas Attorney General*
/s/ Anthony J. Powell
ANTHONY J. POWELL
  *Solicitor General*
120 SW 10th Ave., 2nd Floor
Topeka, KS 66612-1597
(785) 296-2215
anthony.powell@ag.ks.gov

*Counsel for Amicus Curiae*
*State of Kansas*

## ADDITIONAL COUNSEL

Steve Marshall
Attorney General
State of Alabama

Treg Taylor
Attorney General
State of Alaska

Tim Griffin
Attorney General
State of Arkansas

Ashley Moody
Attorney General
State of Florida

Chris Carr
Attorney General
State of Georgia

Raul Labrador
Attorney General
State of Idaho

Theodore E. Rokita
Attorney General
State of Indiana

Brenna Bird
Attorney General
State of Iowa

Russell Coleman
Attorney General
Commonwealth of Kentucky

Jeff Landry
Attorney General
State of Louisiana

Lynn Fitch
Attorney General
State of Mississippi

Andrew Bailey
Attorney General
State of Missouri

Austin Knudsen
Attorney General
State of Montana

Drew Wrigley
Attorney General
State of North Dakota

Gentner Drummond
Attorney General
State of Oklahoma

Alan Wilson
Attorney General
State of South Carolina

Marty Jackley
Attorney General
State of South Dakota

Jonathan Skrmetti
Attorney General
State of Tennessee

Sean Reyes
Attorney General
State of Utah

Jason Miyares
Attorney General
Commonwealth of Virginia

Patrick Morrisey
Attorney General
State of West Virginia

Bridget Hill
Attorney General
State of Wyoming

## CERTIFICATE OF SERVICE

On February 23, 2024, this document was served via CM/ECF on all registered counsel and transmitted to the Clerk of the Court. Counsel further certifies that: (1) any required privacy redactions have been made in compliance with Fifth Circuit Rule 25.2.13; and (2) the electronic submission is an exact copy of the paper document in compliance with Fifth Circuit Rule 25.2.1.

                                                    s/ Anthony J. Powell
                                                    Anthony J. Powell
                                                    *Counsel for Amici Curiae*

## CERTIFICATE OF COMPLIANCE

This document complies with the: (1) type-volume limitation of Federal Rule of Appellate Procedure 29(a)(5) because it contains 385 words, excluding the parts of the document exempted by rule; and (2) the typeface requirements of Federal Rule of Appellate Procedure 32(a)(5) and the type style requirements of Rule 32(a)(6) because it has been prepared in a proportionally spaced typeface (14-point Century Schoolbook) using Microsoft Word (the same program used to calculate the word count).

s/ Anthony J. Powell
Anthony J. Powell
*Counsel for Amici Curiae*
