IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff-Appellee,<br><br>v.<br><br>GREG ABBOTT, in his capacity as Governor of the State of Texas, *et al.*,<br><br>    Defendants-Appellants. | Docket No. 23-50632 |

## MOTION FOR LEAVE TO FILE *AMICUS CURIAE* BRIEF OF THE CENTER FOR RENEWING AMERICA, INC. ON REHEARING *EN BANC* IN SUPPORT OF DEFENDANTS-APPELLANTS

    Movant The Center for Renewing America, through its undersigned counsel, hereby requests leave of this Court to file its *Amicus Curiae* Brief in Support of Defendants-Appellants on Rehearing *En Banc* in the above-captioned action, and in support thereof states the following:

    1. The Center for Renewing America, Inc. ("CRA") is a 501(c)(3) nonprofit organization that works to rebuild a consensus of America as a nation under God with a unique purpose worthy of defending. This purpose flows from its people, institutions, and history, where individuals' enjoyment of freedom is predicated on just laws and healthy communities. Among other areas of policy, CRA supports policies that protect all

Americans from the array of harms that naturally arise from a failure to secure our national borders.

2. Although the Federal Rules of Appellate Procedure do not provide a deadline for the filing of an *amicus* brief at the supplemental briefing stage during rehearing *en banc*, Rule 29(a)(6) specifies the filing of an *amicus curiae* brief during initial consideration on the merits 7 days after the filing of the principal brief of the party supported and Rule 29(b)(5) provides that an *amicus curiae* brief must be filed "no later than 7 days after the petition is filed."

3. Counsel for the Appellants and Appellee previously consented to CRA's filing of its *Amicus Curiae* Brief if filed timely.

4. Counsel for CRA mistakenly filed CRA's brief yesterday, February 23, 2024, in related case, *Texas v. U.S. Dept. of Homeland Security*, Case No. 23-50869, because of a typographical error on the cover page of its brief. *See* Exhibit A attached hereto.

5. Counsel for CRA is correcting that mistake now, filing CRA's brief in this case today, and therefore humbly seeks leave for CRA's brief to be filed.

6. In all other respects, the Center for Renewing America's Brief *Amicus Curiae* complies with the Federal Rules of Appellate Procedure, as well as the applicable Internal Operating Procedures of this Court, including with respect to content and form and with respect to length, as the brief is no more than 6,500 words.

7. This case raises important issues of federalism, state sovereignty, and the right of states to defend themselves against invasions. CRA seeks leave to submit its brief addressing these significant issues.

WHEREFORE, the Movant *amici curiae* The Center for Renewing America prays that its motion be granted and that it be given leave to file its *Amicus Curiae* Brief in Support of Defendants-Appellants on Rehearing *En Banc* in this matter.

Dated: February 24, 2024

Respectfully submitted,

/s/ D. Michael Hurst, Jr.
D. Michael Hurst, Jr.
PHELPS DUNBAR LLP
4270 I-55 North
Jackson, MS 39211
(601) 352-2300

*Local Counsel for* Amicus Curiae
*Center for Renewing America*

Kenneth T. Cuccinelli, II
    *Counsel of Record*
CENTER FOR RENEWING AMERICA
300 Independence Ave. SE
Washington, D.C. 20003
Telephone: (202) 656-8825

*Attorney for* Amicus Curiae
*Center for Renewing America*

## **CERTIFICATE OF COMPLIANCE WITH RULE 32(g)**

IT IS HEREBY CERTIFIED:

1. That the foregoing motion complies with the type-volume limitation of Rule 27(d)(2)(A), Federal Rules of Appellate Procedure, because this motion contains 434 words, excluding the parts of the motion exempted by Rule 32(f).

2. This motion complies with the typeface requirements of Fed. R. App. P. 32(a)(5) and the type style requirements of Fed. R. App. P. 32(a)(6) because this brief has been prepared in a proportionally spaced typeface using Microsoft Word in Times New Roman 14-point.

Dated: February 24, 2024                     Respectfully submitted,

*/s/ D. Michael Hurst, Jr.*
D. Michael Hurst, Jr.

## CERTIFICATE OF SERVICE

I electronically filed the foregoing motion with the Clerk of Court for the U.S. Court of Appeals for the Fifth Circuit by using the appellate CM/ECF system. All counsel of record are registered CM/ECF users and will be served by the appellate CM/ECF system.

Dated: February 24, 2024               Respectfully submitted,

                                                            */s/ D. Michael Hurst, Jr.*
                                                            D. Michael Hurst, Jr.