# United States Court of Appeals for the Fifth Circuit

---

No. 23-50632

---

United States of America,

*Plaintiff—Appellee*,

*versus*

Greg Abbott, *in his capacity as Governor of the State of Texas*; State of Texas,

*Defendants—Appellants*.

---

Appeal from the United States District Court
for the Western District of Texas
USDC No. 1:23-CV-853

---

ORDER:

IT IS ORDERED that the unopposed motion filed by Immigration Reform Law Institute for leave to file brief as *amicus curiae* is GRANTED.

IT IS ORDERED that the unopposed motion filed by the State of Kansas, et al for leave to file brief as *amici curiae* is GRANTED.

IT IS ORDERED that the unopposed motion filed by America's Future, et al for leave to file brief as *amici curiae* is GRANTED.

IT IS ORDERED that the motion filed by Center for Renewing America for leave to file brief as *amicus curiae* is GRANTED.

No. 23-50632

LYLE W. CAYCE, CLERK
United States Court of Appeals
for the Fifth Circuit
/s/ Lyle W. Cayce

ENTERED AT THE DIRECTION OF THE COURT