# *United States Court of Appeals*
### FIFTH CIRCUIT
### OFFICE OF THE CLERK

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

February 27, 2024

Mr. William Jeffrey Olson
William J. Olson, P.C.
370 Maple Avenue, W.
Suite 4
Vienna, VA 22180-5615

        No. 23-50632    USA v. Abbott
                        USDC No. 1:23-CV-853

Dear Mr. Olson,

You must submit the twenty-two (22) paper copies of your amicus
brief required by 5th Cir. R. 31.1 within 5 days of the date of
this notice pursuant to 5th Cir. ECF Filing Standard E.1. Failure
to timely provide the appropriate number of copies may result in
the dismissal of your appeal pursuant to 5th Cir. R. 42.3.

You must electronically file a "Form for Appearance of Counsel"
within 5 days from this date. You must name each party you
represent, see Fed. R. App. P. 12(b) and 5th Cir. R. 12 & 46.3.
The form is available from the Fifth Circuit's website,
www.ca5.uscourts.gov. If you fail to electronically file the form,
the brief will be stricken and returned unfiled.

                              Sincerely,

                              LYLE W. CAYCE, Clerk

                              By: _____
                              Mary Frances Yeager, Deputy Clerk
                              504-310-7686

cc:  Ms. Munera Al-Fuhaid
     Mr. Andrew Marshall Bernie
     Mr. Monroe David Bryant Jr.
     Mr. William Francis Cole
     Mr. Matt A. Crapo

Mr. Michael Thomas Gray
Mr. David Michael Hurst Jr.
Mr. Andrew D. Knudsen
Mr. Brian H. Lynk
Mr. Aaron Lloyd Nielson
Ms. Lanora Christine Pettit
Mr. Anthony J. Powell
Mr. Landon Wade
Mr. Ryan Daniel Walters
Mr. Coy Allen Westbrook