# United States Court of Appeals
## FIFTH CIRCUIT
## OFFICE OF THE CLERK

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

February 27, 2024

Mr. David Michael Hurst Jr.
Phelps Dunbar, L.L.P.
4270 I-55, N.
Jackson, MS 39211-6391

    No. 23-50632   USA v. Abbott
                       USDC No. 1:23-CV-853

Dear Mr. Hurst,

You must submit the twenty-two (22) paper copies of your amicus brief required by 5th Cir. R. 31.1 within 5 days of the date of this notice pursuant to 5th Cir. ECF Filing Standard E.1. Failure to timely provide the appropriate number of copies may result in the dismissal of your appeal pursuant to 5th Cir. R. 42.3.

You must electronically file a "Form for Appearance of Counsel" within 5 days from this date. You must name each party you represent, see Fed. R. App. P. 12(b) and 5th Cir. R. 12 & 46.3. The form is available from the Fifth Circuit's website, www.ca5.uscourts.gov. If you fail to electronically file the form, the brief will be stricken and returned unfiled.

                              Sincerely,

                              LYLE W. CAYCE, Clerk

                              By: _____
                              Mary Frances Yeager, Deputy Clerk
                              504-310-7686

cc:  Ms. Munera Al-Fuhaid
     Mr. Andrew Marshall Bernie
     Mr. Monroe David Bryant Jr.
     Mr. William Francis Cole
     Mr. Matt A. Crapo
     Mr. Michael Thomas Gray
     Mr. Andrew D. Knudsen
     Mr. Brian H. Lynk

Mr. Aaron Lloyd Nielson
Mr. William Jeffrey Olson
Ms. Lanora Christine Pettit
Mr. Anthony J. Powell
Mr. Landon Wade
Mr. Ryan Daniel Walters
Mr. Coy Allen Westbrook