

**KEN PAXTON**
ATTORNEY GENERAL OF TEXAS

LANORA C. PETTIT
Principal Deputy Solicitor General

(512) 463-2127
Lanora.Pettit@oag.texas.gov

June 28, 2024

**VIA CM/ECF**

Mr. Lyle W. Cayce, Clerk
U.S. Court of Appeals for the Fifth Circuit

    **Re:**    *United States v. Abbott*, No. 23-50632

Dear Mr. Cayce:

    Pursuant to Rule 28(j), counsel notify the Court of developments that support Texas's good-faith invocation of its self-defense authority and confirm that the final three *Winter* factors favor Texas.

    On Tuesday, the *New York Times* recognized a "deluge of terrorism threats" spilling across our southern border, including a suspected terrorist plot by eight Tajik nationals, some of whom illegally crossed "through the border in … Texas" and whom CBP deemed "desperate migrants" after federal processing. Att.A. After these individuals "made their way to different cities across the United States," the FBI had to relocate and arrest them to prevent "a potential attack in at least one location." *Id.*

    In finding that the equities favored an injunction, the district court repeatedly minimized threats like these, refusing to mention the danger of terrorist infiltration in its opinion. ROA.995-1003. *But see* Tex.Supp.Br. 2-3 (discussing recent national terror threat assessments). The panel here then suggested that Texas's *constitutional* authority to repel such imminent danger "without the Consent of Congress" might somehow be irrelevant at the preliminary-injunction stage because the US seeks to enforce a federal *statute*. Op.21.

    This is wrong for the reasons Texas has discussed at length. And it's dangerous. The individuals arrested this week were among hundreds of Tajik nationals apprehended crossing the border illegally this year. Att.B. How many others have evaded federal detection is unknowable. Although some of these individuals may come with peaceful intent, Texas cannot—and the US should not—ignore that Tajik

Page 2

nationals "constitut[e] more than half of" the combatants in ISIS-K, which has "vowed to attack Americans and the United States." Att.A. The panel's declaration that the present string of buoys has no "meaningful impact" on deterring hostile crossings, Op.22, ignores that Texas had only just begun deploying them, alongside other defensive measures, when the US sued to stop their deployment. By preventing Texas from strategically placing additional defensive buoys, the district court's order—like orders in two other cases before this Court—daily causes the State irreparable harm and represents an ongoing threat to the public interest.

                                                              Respectfully submitted.

                                                              /s/ Lanora C. Pettit

                                                              Lanora C. Pettit
                                                              Principal Deputy Solicitor General

cc: all counsel of record (via e-mail)

# Attachment A:

A. Goldman et al., *The Southern Border, Terrorism Fears, and the Arrests of 8 Tajik Men*, INTERNATIONAL N.Y. TIMES (June 27, 2024), 2024 WLNR 10207793.

NewsRoom

6/27/24 Int'l N.Y. Times 20
2024 WLNR 10207793

International New York Times
Copyright (c) 2024 The New York Times Company

June 27, 2024

Section: us

The Southern Border, Terrorism Fears and the Arrests of 8 Tajik Men

Adam Goldman, Eric Schmitt and Hamed Aleaziz

WASHINGTON

The men were arrested after the F.B.I. quietly began an investigation that stretched across the country and involved scores of bureau personnel.

When eight Tajik men sought asylum at the southwestern U.S. border months ago, federal authorities had no reason to doubt that they were desperate migrants fleeing a poor country in war-torn Central Asia.

But soon after they were admitted into the country, the F.B.I. learned they might have ties to the Islamic State and opened a counterterrorism investigation.

This was no ordinary inquiry. Dozens of personnel monitored the men closely as they made their way to different cities across the United States, officials said. The White House was updated regularly.

The bureau hoped to gather information about a broader terrorist network. But heightened concerns about a potential attack in at least one location triggered the arrest of all eight men earlier this month on immigration charges, according to several U.S. officials speaking on the condition of anonymity to discuss the sensitive investigation. So far, the men have not been charged with any terrorism-related offenses.

The dramatic episode unfolded as anxiety has risen among U.S. officials, who have been warning for months that the conflict in Gaza and unrest in Central Asia could spill into the United States, most likely in the form of small radicalized groups acting on their own initiative or lone-wolf terrorists.

The new details about the F.B.I. investigation and the decision to arrest the men underscore the deluge of terrorism threats inundating national security agencies, some emanating from well-known international actors, others from emerging hot spots like Tajikistan.

Since the Hamas attacks in Israel on Oct. 7, the F.B.I. has received "more than 1,800 reports of threats or other types of tips or leads that are somehow related to or have a nexus to the current conflict in Israel and Gaza," Lisa Monaco, the deputy attorney general, said in a television interview in December. She added that many of the cases were resolved without incident.

National security officials are deeply concerned about the pace of the threats.

"Looking back over my career in law enforcement, I'd be hard pressed to think of a time when so many different threats to our public safety and national security were so elevated all at once, but that is the case as I sit here today," the F.B.I. director, Christopher A. Wray, told Congress this month, just days before the men were arrested.

An F.B.I. spokeswoman declined to comment.

For years, Republicans and conservative media outlets have described the potential dangers posed by terrorists who might slip into the country at the southwestern border along with tens of thousands of Latin American migrants. Those fears, for the most part, have not been realized.

It is still unclear if the men were, in fact, planning a terrorist attack — whether directed by the Islamic State or inspired by the extremist group. But the resources the F.B.I. devoted to the case underscore how seriously the bureau continues to view the threat as a top priority.

The arrests come at a moment of maximum political attention to border security. The issue has emerged as a major source of contention between President Biden and former President Donald J. Trump, who frequently talks about "migrant crime."

Still, Representative Jim Himes, Democrat of Connecticut and the ranking member of the House Intelligence Committee, urged that the incident be put in context. He cautioned that the "number of fatal terrorist attacks undertaken by undocumented migrants who crossed our southern border is zero" and that the "number of Americans injured by foreign-born terrorists who entered the country illegally is zero."

Tajik adherents of the Islamic State — especially within an affiliate known as ISIS-K — have taken increasingly high-profile roles in several recent terrorist attacks. Over the past year alone, Tajiks have been involved in assaults in Russia, Iran and Turkey , as well as foiled plots in Europe.

ISIS-K, or the Islamic State Khorasan Province, was founded in Afghanistan in 2015 by disaffected members of the Pakistani Taliban, who then embraced a more violent version of Islam. The group saw its ranks cut roughly in half, to about 1,500 to 2,000 fighters, by 2021 from a combination of American airstrikes and Afghan commando raids that killed many of its leaders.

The group got a second wind soon after the Taliban toppled the Afghan government that year. During the U.S. military withdrawal from the country in August 2021, ISIS-K carried out a suicide bombing at the international airport in Kabul that killed 13 U.S. troops and as many as 170 civilians.

ISIS-K has since revived some of its global ambitions, with Tajiks constituting more than half of its several thousand soldiers, experts said.

Russia is a frequent target, but ISIS-K has also vowed to attack Americans and the United States.

Most of the details surrounding the F.B.I.'s investigation remain secret, but interviews with several U.S. officials familiar with the case have provided additional insights.

The officials said the men entered the United States through the border in Southern California and Texas beginning in 2023. They are all ethnic Tajiks, but at least one had a Russian passport. Some of the men might have known one another.

They made their way to Los Angeles, Philadelphia and New York, where there are large Central Asian populations. Once the F.B.I. determined that the men might have a connection to the Islamic State or sympathize with the group, the bureau managed to figure out their whereabouts.

That set off a sprawling investigation that was reminiscent of the bureau's efforts after Sept. 11 to track multiple terrorism suspects in thwarted attacks, such as a plot against the New York subways in 2009. In previous high-priority terrorism investigations, the F.B.I. has relied on aerial surveillance and a critical warrantless surveillance program known as Section 702 to gather intelligence.

The program authorizes the government to collect the communications of foreigners abroad who have been targeted for intelligence purposes, including when those people are interacting with Americans.

The stakes were extremely high for the F.B.I. and Mr. Wray. If any of the men had slipped away and carried out a terrorist attack, the bureau would have been blamed for not apprehending them earlier and faced more withering Republican criticism. Yet there is always a trade-off. Arrests make it harder to gather information about a possible network.

In the case of the Tajiks, officials said, it is still not known what the men were doing, whether they were being directed by a terrorist group outside the United States or had been inspired to carry out an attack on their own.

Whatever the F.B.I. eventually learned about the men's movements caused bureau counterterrorism officials to take them off the street and have them arrested on immigration charges. Agents with U.S. Immigration and Customs Enforcement and the F.B.I. picked up the men, who have not been named, over the weekend of June 8 in New York, Los Angeles and Philadelphia.

Federal authorities have not disclosed publicly what led investigators to believe the men might be involved in terrorism. At the time, law enforcement officials said only that the men were arrested after unspecified "derogatory information" about them was discovered.

In a separate case, lawyers representing a group of nationals from Uzbekistan sued the U.S. government in federal court in February, claiming that migrants from that Central Asian country had been targeted for detention at the southern border.

If the Tajiks are held only on immigration charges and not other federal crimes they will almost certainly be deported, officials said.

In his testimony to Congress before the arrests, Mr. Wray hinted at the threat even as the F.B.I. quietly watched the suspects.

"But, now, increasingly concerning is the potential for a coordinated attack here in the homeland, akin to the ISIS-K attack we saw at the Russia concert hall in March," Mr. Wray said.

More than 130 people were killed in that attack near Moscow, and several of the suspects who have been arrested are Tajik.

Julian E. Barnes and Glenn Thrush contributed reporting.

Julian E. Barnes and Glenn Thrush contributed reporting.

---- Index References ----

Company: Islamic Emirate of Afghanistan; Federal Bureau of Investigation; Government of The United States of America(RenoBranch); U.S. Immigration and Customs Enforcement

News Subject: (Emerging Market Countries (1EM65); Immigration & Naturalization (1IM88); International Terrorism (1IN37); Social Issues (1SO05); Top World News (1WO62))

Industry: (Security (1SE29); Security Agencies (1SE35))

Region: (Afghanistan (1AF45); Americas (1AM92); Asia (1AS61); CIS Countries (1CI64); California (1CA98); Central Asia (1CE93); Eastern Europe (1EA48); Europe (1EU83); Mediterranean (1ME20); New York (1NE72); North America (1NO39); Pennsylvania (1PE71); Russia (1RU33); Tajikistan (1TA24); U.S. Mid-Atlantic Region (1MI18); U.S. West Region (1WE46); USA (1US73); Western Asia (1WE54))

Language: EN

Other Indexing: (Islamic State Khorasan Province; White House; House Intelligence Committee; Taliban; Afghan government; F.B.I.; U.S. government; U.S. Immigration and Customs Enforcement)

Keywords: Immigration and Emigration; Terrorism; Tajiks (Ethnic Group); Refugees and Displaced Persons; Asylum, Right of

Word Count: 1391

---

End of Document    © 2024 Thomson Reuters. No claim to original U.S. Government Works.



# Attachment B:

J. Taer, Border Crisis: ISIS-linked Tajiks flood in on Joe's watch, N.Y. POST (June 20, 2024), 2024 WLNR 9844573.

NewsRoom

6/21/24 N.Y. Post 8
2024 WLNR 9844573

New York Post
Copyright 2009, The New York Post. All Rights Reserved

June 21, 2024

Section: News

BORDER CRISIS ISIS-linked Tajiks flood in on Joe's watch

Jennie Taer

The number of migrants flocking to the US-Mexico border from a country known as a hotbed of ISIS recruitment has skyrocketed under President Biden.

More than 1,500 migrants from Tajikistan are known to have crossed the border between October 2020 and May 2024, according to leaked border data obtained by The Post.

At least 500 Tajiks have been caught so far this year.

Over the previous 14 years, there were just 26 Tajik nationals crossing the border.

It's unknown how many of the Tajik migrants were released into the US, but the vast majority of migrants caught at the border claim asylum and are allowed to stay while awaiting a court hearing.

The small Central Asian country, which borders China and Afghanistan, has become a major source of terrorists for ISIS and Islamic State Khorasan Province (ISIS-K), an extreme offshoot of the Islamic State militant group.

Planting the seeds

Javed Ali, a former counterterrorism official who now teaches at the University of Michigan, said the surge of Tajik nationals could include ISIS "seeding people into the United States" to prepare for a possible attack.

The Post recently reported on ICE arresting eight Tajik migrants with suspected ties to ISIS who crossed the southern border and then settled in New York, LA and Philadelphia.

ISIS-K in March was responsible for a massive attack on a concert hall in Moscow — carried out by citizens of Tajikistan — that killed 145 people and wounded hundreds.

Experts say ISIS and its affiliates have been preying upon Tajiks to carry out attacks abroad.

"Tajiks have been recruited to and played a key role in terrorist organizations like Islamic State to a greater degree than many neighboring countries in recent years. They have become key to [ISIS-K]'s externally-focused campaign as it seeks to gain attention and more recruits," said Texas A&M University professor Edward Lemon.

"Heavy-handed counter-extremism policies" by the government of Muslim-majority Tajikistan may be radicalizing some of the country's 10 million people and "causing the very terrorism they seek to address," Lemon said.

Lemon, whose research has focused on Tajikistan and Central Asia, said large populations of Tajiks live outside their native land. When they choose to come to the US, they are utilizing "networks of traffickers" who "actively advertise the opportunity to come to America in Tajikistan."

"Tajikistan is one of the most migration-dependent countries in the world, with over a million of the country's 10 million people living in Russia. As life in Russia has become more difficult since the invasion of Ukraine, they have sought other destinations such as Europe, the Gulf and US," Lemon said.

"Most come here, like so many others, to seek a better life."

Heightened threats

FBI Director Chris Wray has recently warned that the US is in a heightened threat environment for terrorism, citing both the Oct. 7 terrorist attack on Israel carried out by Hamas and the attack in Moscow.

Last Friday, the Biden administration sanctioned four people based in Central Asia and Turkey who are allegedly involved in an ISIS-tied smuggling operation helping migrants reach the US.

One of the sanctioned men is commander of the ISIS-Georgia Province, Adam Khamirzaev, who "provided guidance to this network on a range of activities supporting ISIS and was aware of its efforts to facilitate travelers to the United States."

ISIS and its affiliates are keen on recruiting and inspiring attacks globally, with their sights set on Tajiks.

"One of the things that they've actively and deliberately done is try to expand their recruits geographically. So not only Afghans and Pakistanis, but they want to bring in a big central Asian component," said Colin Clarke, Soufan Group director of research.

"Moreover, they want to reach out to the diaspora . . . central Asians living in Europe, living in North America, in the attempt to radicalize them, because for ISIS-K, it's low-hanging fruit."

---- Index References ----

Company: Federal Bureau of Investigation; TEXAS A&M UNIVERSITY; THE SOUFAN GROUP LLC; The University of Michigan; U.S. Immigration and Customs Enforcement

News Subject: (Emerging Market Countries (1EM65); Global Politics (1GL73); Immigration & Naturalization (1IM88); International Terrorism (1IN37); Social Issues (1SO05); Top World News (1WO62); World Conflicts (1WO07))

Region: (Americas (1AM92); Asia (1AS61); CIS Countries (1CI64); Central Asia (1CE93); Eastern Europe (1EA48); Europe (1EU83); North America (1NO39); Russia (1RU33); Tajikistan (1TA24); Western Asia (1WE54))

Language: EN

Other Indexing: (ISIS-K; Islamic State Khorasan Province; Hamas; FBI; Texas A&M University; Soufan Group; University of Michigan; ICE) (Joe)

Edition: Sports+Late City Final

Word Count: 653

---

**End of Document**  © 2024 Thomson Reuters. No claim to original U.S. Government Works.

NewsRoom