# United States Court of Appeals
### FIFTH CIRCUIT
### OFFICE OF THE CLERK

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

August 07, 2024

Mr. Michael Thomas Gray
U.S. Department of Justice
Environment & Natural Resources Division
P.O. Box 7415
Washington, DC 20044-7415

    No. 23-50632   USA v. Abbott
                     USDC No. 1:23-CV-853

Dear Counsel:

This letter will serve to confirm our telephone conversation this date advising that the court has requested a response to the Appellants' August 6, 2024 Letter, be filed in this office on or before August 8, 2024, by 5:00 PM.

                          Sincerely,

                          LYLE W. CAYCE, Clerk

                          By: _____
                          Casey A. Sullivan, Deputy Clerk
                          504-310-7642

cc:
    Ms. Munera Al-Fuhaid
    Mr. Andrew Marshall Bernie
    Mr. Monroe David Bryant Jr.
    Mr. William Francis Cole
    Mr. Matt A. Crapo
    Mr. David Michael Hurst Jr.
    Mr. Andrew D. Knudsen
    Mr. Brian H. Lynk
    Ms. Michelle Melton
    Mr. Aaron Lloyd Nielson
    Mr. William Jeffrey Olson
    Ms. Lanora Christine Pettit
    Mr. Anthony J. Powell
    Mr. Ilya Somin
    Mr. Johnathan Stone

Mr. Landon Wade
Mr. Ryan Daniel Walters
Mr. Coy Allen Westbrook