

**KEN PAXTON**
ATTORNEY GENERAL OF TEXAS

Coy Allen Westbrook
Assistant Attorney General

(512) 936-0581
Coy.Westbrook@oag.texas.gov

August 12, 2024

**Via CM/ECF**

Lyle W. Cayce, Clerk of Court
U.S. Court of Appeals for the Fifth Circuit

    **Re:** *USA v. Abbott*, 23-50632

Dear Mr. Cayce:

  I am writing to advise the Court of my withdrawal as counsel for Appellants Greg Abbott, in his official capacity as Governor of the State of Texas, and the State of Texas in the above-referenced case, as I am leaving my employment with the Office of the Attorney General. Aaron Nielson will remain as lead counsel in the case.

                                  Respectfully submitted.

                                  /s/ Coy Allen Westbrook

                                  Coy Allen Westbrook
                                  Assistant Attorney General

cc: All counsel of record (via CM/ECF)