# *United States Court of Appeals*

**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

September 23, 2024

Mr. Philip Devlin
Western District of Texas, Austin
United States District Court
501 W. 5th Street
Austin, TX 78701-0000

    No. 23-50632   USA v. Abbott
                              USDC No. 1:23-CV-853

Dear Mr. Devlin,

Enclosed is a copy of the judgment issued as the mandate and a copy of the court's opinion.

                                    Sincerely,

                                    LYLE W. CAYCE, Clerk

                                    By: _____
                                    Casey A. Sullivan, Deputy Clerk
                                    504-310-7642

cc:
     Ms. Munera Al-Fuhaid
     Mr. Andrew Marshall Bernie
     Mr. Monroe David Bryant Jr.
     Mr. William Francis Cole
     Mr. Matt A. Crapo
     Mr. Michael Thomas Gray
     Mr. David Michael Hurst Jr.
     Mr. Andrew D. Knudsen
     Mr. Brian H. Lynk
     Ms. Michelle Melton
     Mr. Aaron Lloyd Nielson
     Mr. William Jeffrey Olson
     Ms. Lanora Christine Pettit
     Mr. Anthony J. Powell
     Mr. Ilya Somin
     Mr. Johnathan Stone
     Mr. Landon Wade

Mr. Ryan Daniel Walters

Mr. Ryan Daniel Walters